UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHILLIP BAKER,

          Plaintiff,

v.                                        Case No:  6:19-cv-554-Orl-37DCI

NATIONWIDE SCREENING
SERVICES, INC.,

          Defendants
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Settlement (Doc. 38) filed by the parties indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 14, 2019.

-1-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record